Alvin Eugene Johnson
10950 Beaumont Highway
Houston, Texas 77078
Phone # 281-236-3184

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Alvin Johnson §
 §
versus §  CIVIL ACTION NO. _____
 §
Bank of America §
And §
Rep: Charles Cornell §

ORIGINAL COMPLAINT

#1. I was put in Jail on Oct. 21, 2013 ... I was a Customer of Bank of America

#2. I feel the Bank discriminated Against me because I was in Jail and Refused to Communicate with me

#3. Refused to honor Power of Attorney presented by Sister And letter by me with instructions About my Account

#4 With Durable Power of Attorney, Bank released Records And Assured my Sister the Account would be Locked And there would be no Activity with the Account because I was in Jail.

#5. 2 Social Security Checks went to the Bank and the Bank Allowed forged Checks on my Account

#6 Refused to Return my money into my Account

#7 "Fraud" in Overdrafts